# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Clyde Lane                                    Docket No. 5:99-CR-104-1F

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Clyde Lane, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute and Distribute Not Less Than 5Kilograms of Cocaine and 50 Grams of Crack Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on August 21, 2000, to the custody of the Bureau of Prisons for a term of 292 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

On February 4, 2002, a Motion for Downward Departure Due to Substantial Assistance was granted by the court and the term of imprisonment was reduced to 220 months. Furthermore, on December 18, 2012, an Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) was signed by the court and the term of imprisonment was further reduced to 176 months. Clyde Lane was released from custody on December 26, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

While in the Bureau of Prisons, the defendant was diagnosed with schizophrenia and mental retardation and was prescribed Risperdal Consta 50 mg (injection). In order to monitor the defendant's compliance with mental health aftercare and his prescription regiment, a mental health condition is recommended. The defendant has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Clyde Lane
Docket No. 5:99-CR-104-1F
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Timothy L. Gupton |
| Jeffrey L. Keller | Timothy L. Gupton |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: December 27, 2012 |

### ORDER OF COURT

Considered and ordered this 27th day of December, 2012, and ordered filed and made a part of the records in the above case.

_/s/ James C. Fox_
James C. Fox
Senior U.S. District Judge